%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

Gannon & Scott, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Peggy Tolan and
Elizabeth Tolan and
Sarah Tolan

CASE NUMBER:

# 05 - 11386 WGY

TO: (Name and address of Defendant)

Elizabeth Tolan
c/o Brian J. Sylvia, Esq., Watt & Sylvia
628 Pleasant Street, One City Hall Square
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Rekas Sloan, Esq., Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

6-30-05

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 5, 2005 | |
| NAME OF SERVER *(PRINT)* Linda Rekas Sloan | TITLE Attorney | |
| *Check one box below to indicate appropriate method of service* | | |

    ☐ Served personally upon the defendant. Place where served:

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

    ☐ Returned unexecuted:

    ☒ Other (specify): via certified mail upon Brian J. Sylvia, Esq., Watt & Sylvia, 628 Pleasant Street, One City Hall Square, New Bedford, MA 02740 as attorney agreeing to accept service on behalf of defendant Elizabeth Tolan per the attached Stipulation

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7-19-05        *[signature]*
             *Date*            *Signature of Server*

                         Salter McGowan Sylvia & Leonard, Inc.
                         321 South Main Street, Suite 301
                         Providence, RI 02903
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Gannon & Scott, Inc. | : |
| | : |
| vs. | :     C.A. No. 05-11386 WGY |
| | : |
| Peggy Tolan and | : |
| Elizabeth Tolan and | : |
| Sarah Tolan | : |

## STIPULATION ACCEPTING
## SERVICE OF SUMMONS AND COMPLAINT

On behalf of the Defendants, Elizabeth Tolan and Sarah Tolan, I hereby acknowledge and

accept service of the summons and complaint in this proceeding. This Stipulation may serve as

proof of such service.

July 12 , 2005

Brian J. Sylvia, Esq.
Watt & Sylvia
628 Pleasant Street, One City Hall Square
New Bedford, MA 02740
(508) 984-1470
(508) 984-1471 fax
BBO

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Gannon & Scott, Inc. | : | |
| | : | |
| vs. | : | C.A. No. 05-11386 WGY |
| | : | |
| Peggy Tolan and | : | |
| Elizabeth Tolan and | : | |
| Sarah Tolan | : | |

## STIPULATION ACCEPTING
## SERVICE OF SUMMONS AND COMPLAINT

On behalf of the Defendants, Elizabeth Tolan and Sarah Tolan, I hereby acknowledge and

accept service of the summons and complaint in this proceeding. This Stipulation may serve as

proof of such service.

July 12 , 2005

Brian J. Sylvia, Esq.
Watt & Sylvia
628 Pleasant Street, One City Hall Square
New Bedford, MA 02740
(508) 984-1470
(508) 984-1471 fax
BBO