AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Gannon & Scott, Inc.

V.

Peggy Tolan and
Elizabeth Tolan and
Sarah Tolan

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-11386WGY**

TO: (Name and address of Defendant)

Peggy Tolan, Inmate # F80370
c/o Massachusetts Department of Corrections
99 Loring Drive
Framingham, MA 01702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linda Rekas Sloan, Esq., Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street, Suite 301
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  6-30-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE JULY 18, 2005 |
| NAME OF SERVER *(PRINT)* FRED W. MACDONALD | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: OFFICER JAMES NELSON AGENT AUTHORIZED TO ACCEPT PROCESS. SAID SERVICE WAS MADE AT M.CI. FRAMINGHAM MA. 01702

☐ Returned unexecuted:

☐ Other (specify): SUMMONS COMPLAINT FOR STATUTORY INRPLEADER EXHIBITS A B C

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00  $80.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JULY 18, 2005    Fred W. MacDonald
                Date              *Signature of Server*

P.O. BOX 151 ROSLINDALE, MA. 02131
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.