UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-11386-WGY</u>

**GANNON & SCOTT, INC.**
**Plaintiff**

v.

**ELIZABETH TOLAN, SARAH TOLAN AND
PEGGY TOLAN**
**Defendant**

## NOTICE OF DEFAULT

    Upon application of the Defendants Elizabeth Tolan and Sarah Tolan for an order of Default for failure of the Defendant, Peggy Tolan to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on September 15, 2005.

Sarah A. Thornton,
Clerk

By:    /s/ Marie Bell
        **Deputy Clerk**

Notice mailed to counsel of record and defendants.