# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**GANNON & SCOTT, INC.**

_____

**Plaintiff(s)**

**v.**

**CIVIL ACTION NO._____**

05-11386-WGY

**ELIZABETH TOLAN**
**SARAH TOLAN**
**PEGGEY TOLAN**

_____

**Defendant(s)**

## DEFAULT JUDGMENT

**YOUNG C.J.**

Defendant __PEGGEY TOLAN__ having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $____34,806.06____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____ __34,806/06_____.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant __ __PEGGEY TOLAN_____ the principal amount of $____34,806.06__, with costs in the amount of $_____ and prejudgment interest at the rate of ____% from _____ _____to _____ in the amount of $_____ for a total judgment of $___34,806.06_____ with interest as provided by law.

By the Court,
/s/ Elizabeth Smith

**10/17/05**
Dated:_____

_____
**Deputy Clerk**

**NOTE:** The post judgment interest rate effective this date is _____%.

**(Default Judgment.wpd - 12/98)**